AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

NATHANIEL MORRIS,

     Petitioner,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:04-CV-00634-ECR-VPC**

E.K. McDANIEL, et al.,

     Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Second Amended Petition for Writ of Habeas Corpus (Document #2) is **DENIED**.


  March 27, 2008                               **LANCE S. WILSON**
                                                         Clerk

                                                         /s/ Katie Lynn Ogden
                                                         Deputy Clerk